644

writ of certiorari to the Circuit Court of Appeals for the First Circuit is granted.

No. 818. WHITMORE *v.* SALT LAKE CITY ET AL. Motion to dismiss distributed March 20, 1937. Decided March 29, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of jurisdiction. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Herndon* v. *Georgia,* 295 U. S. 441, 443; *Johnson* v. *Washington,* 296 U. S. 535. Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938), certiorari is denied. *Mr. Albert R. Barnes* for appellant. *Mr. Walter G. Moyle* for appellees.

No. 724. CARMICHAEL ET AL. *v.* SOUTHERN COAL & COKE Co.; and

No. 797. SAME *v.* GULF STATES PAPER CORP. March 29, 1937. The motion to postpone the hearing of these cases is denied. The motions for modification of the injunctions are granted. The orders to be settled on notice.

No. 724. CARMICHAEL ET AL. *v.* SOUTHERN COAL & COKE Co.; and

No. 797. SAME *v.* GULF STATES PAPER CORP. March 30, 1937. Orders entered modifying the injunctions in these cases.